

# EXHIBIT A

| Name: | Simona S Robinson | | | | |
|---|---|---|---|---|---|
| BK Case Number: | 22-13307 | | | | |
| Filing Date: | 12/8/2022 | | | | |
| Post First Due: | 1/1/2023 | | | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
|  | 4/7/2023 | $ 3,000.00 | $ - | $ 3,000.00 | $ 3,000.00 |
| 1/1/2023 | 4/10/2023 | $ - | $ 929.08 | $ (929.08) | $ 2,070.92 |
| 2/1/2023 | 4/11/2023 | $ - | $ 929.08 | $ (929.08) | $ 1,141.84 |
| 3/1/2023 | 4/12/2023 | $ - | $ 929.08 | $ (929.08) | $ 212.76 |
|  | 6/6/2023 | $ 1,000.00 | $ - | $ 1,000.00 | $ 1,212.76 |
| 4/1/2023 | 6/7/2023 | $ - | $ 929.08 | $ (929.08) | $ 283.68 |
|  | 7/27/2023 | $ 2,000.00 | $ - | $ 2,000.00 | $ 2,283.68 |
| 5/1/2023 | 07/28/23 | $ - | $ 929.08 | $ (929.08) | $ 1,354.60 |
| 6/1/2023 | 07/31/23 | $ - | $ 929.08 | $ (929.08) | $ 425.52 |
|  | 08/22/23 | $ 1,000.00 | $ - | $ 1,000.00 | $ 1,425.52 |
| 7/1/2023 | 8/23/2023 | $ - | $ 929.08 | $ (929.08) | $ 496.44 |
|  | 10/24/2023 | $ 1,000.00 | $ - | $ 1,000.00 | $ 1,496.44 |
| 8/1/2023 | 10/25/2023 | $ - | $ 929.08 | $ (929.08) | $ 567.36 |
|  | 11/28/2023 | $ 1,000.00 | $ - | $ 1,000.00 | $ 1,567.36 |
| 9/1/2023 | 11/30/2023 | $ - | $ 929.08 | $ (929.08) | $ 638.28 |

| Name: | Simona S Robinson | | | | |
|---|---|---|---|---|---|
| BK Case Number: | 22-13307 | | | | |
| Filing Date: | 12/8/2022 | | | | |
| Due Date | Total Payment | | P & I | Escrow | NOPC Filed Date |
| 10/1/2023 | $ 1,003.63 | | $ 581.19 | $ 422.44 | 9/6/2023 |
| 11/1/2023 | $ 1,003.63 | | $ 581.19 | $ 422.44 |  |
| 12/1/2023 | $ 1,003.63 | | $ 581.19 | $ 422.44 |  |
| Total Due | $ 3,010.89 | | $ 1,743.57 | $ 1,267.32 |  |