**EXHIBIT B**

| Description | Amount |
|---|---|
| N/A | N/A |