# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>SIMONA S. ROBINSON AKA<br>SIMONA S. JOHNSON-ROBINSON<br>    Debtor | Case No. 22-13307-mdc |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSRPM MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-1<br>    Movant | Chapter 13 |
| vs.<br>SIMONA S. ROBINSON AKA<br>SIMONA S. JOHNSON-ROBINSON<br>    and<br>DOUGLAS M ROBINSON (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Motion and Motion for Relief from the Automatic Stay and Co-Debtor Stay at the addresses shown below or on the attached list on <u>December 15, 2023</u>.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail:

SIMONA S. ROBINSON
3029 S. 70TH STREET
PHILADELPHIA, PA 19142-2531

SIMONA S. ROBINSON
P.O. BOX 33167
PHILADELPHIA, PA 19142-0167

DOUGLAS ROBINSON
3029 SOUTH 70TH STREET
PHILADELPHIA, PA 19151

Service by Electronic Notification:

MICHAEL I. ASSAD
CIBIK LAW, P.C.
1500 WALNUT ST
STE 900
PHILADELPHIA, PA 19102

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail.

Dated: December 15, 2023

/s/ Matt Fissel
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com