**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| In Re: | : | |
| SIMONA S. ROBINSON AKA | : | Bankruptcy No. 22-13307-mdc |
| SIMONA S. JOHNSON-ROBINSON, | | |
| Debtor | : | Chapter 13 |
| The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for GSRPM Mortgage Pass-Through Certificates, Series 2003-1 | : | |
| Movant | : | |
| | : | |
| v. | : | |
| SIMONA S. ROBINSON AKA | : | 11 U.S.C. §362 and §1301 |
| SIMONA S. JOHNSON-ROBINSON | | |
| And | | |
| DOUGLAS M. ROBINSON (NON-FILING CO-DEBTOR) | | |
| and | | |
| KENNETH E. WEST, ESQUIRE (TRUSTEE) | | |
| Respondent(s) | : | |

**CERTIFICATION OF NO ANSWER REGARDING THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSRPM MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-1'S**
**MOTION FOR RELIEF FROM STAY (DE 43)**

The undersigned hereby certifies that, as of January 2, 2024, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before December 15, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: January 3, 2024          Respectfully submitted,

Brock & Scott, PLLC

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| In Re: | : | |
| SIMONA S. ROBINSON AKA | : | Bankruptcy No. 22-13307-mdc |
| SIMONA S. JOHNSON-ROBINSON | | |
| , | | |
| Debtor | : | Chapter 13 |
| The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for GSRPM Mortgage Pass-Through Certificates, Series 2003-1 | : | |
| Movant | : | |
| | : | |
| v. | : | |
| SIMONA S. ROBINSON AKA | : | 11 U.S.C. §362 §1301 |
| SIMONA S. JOHNSON-ROBINSON | | |
| and | | |
| DOUGLAS M. ROBINSON (NON-FILING CO-DEBTOR) | | |
| and | | |
| KENNETH E. WEST, ESQUIRE (TRUSTEE) | | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on January 3, 2024 to the following:

SIMONA S. ROBINSON
3029 S 70TH ST
PHILADELPHIA, PA 19142-2531

SIMONA S. ROBINSON
MAILING ADDRESS
P.O. BOX 33167
PHILADELPHIA, PA 19142-0167

DOUGLAS ROBINSON
3029 S 70TH ST
PHILADELPHIA, PA 19142-2531

MICHAEL I. ASSAD, Debtor's Attorney
1500 Walnut St
Ste 900
Philadelphia, PA 19102
mail@cibiklaw.com

KENNETH E. WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

                                        */s/Andrew Spivack*
                                        Andrew Spivack, PA Bar No. 84439
                                        Matthew Fissel, PA Bar No. 314567
                                        Mario Hanyon, PA Bar No. 203993
                                        Ryan Starks, PA Bar No. 330002
                                        Jay Jones, PA Bar No. 86657
                                        Attorney for Creditor
                                        BROCK & SCOTT, PLLC
                                        3825 Forrestgate Drive
                                        Winston Salem, NC 27103
                                        Telephone: (844) 856-6646
                                        Facsimile: (704) 369-0760
                                        E-Mail: PABKR@brockandscott.com