IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>SIMONA S. ROBINSON AKA<br>SIMONA S. JOHNSON-ROBINSON<br>    Debtor | Case No. 22-13307-mdc |
| THE BANK OF NEW YORK MELLON F/K/A<br>THE BANK OF NEW YORK AS SUCCESSOR<br>IN INTEREST TO JPMORGAN CHASE BANK,<br>NATIONAL ASSOCIATION, AS TRUSTEE FOR<br>GSRPM MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2003-1<br>    Movant | Chapter 13 |
| vs.<br>SIMONA S. ROBINSON AKA<br>SIMONA S. JOHNSON-ROBINSON<br>    and<br>DOUGLAS M ROBINSON (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

## ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY

**AND NOW**, this \_\_11th\_\_ day of \_\_January\_\_, 20\_24\_, at **PHILADELPHIA**, upon Motion of The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for GSRPM Mortgage Pass-Through Certificates, Series 2003-1 (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and 11 U.S.C. §1301 Co-Debtor Stay is granted with respect to, 3029 South 70th Street, Philadelphia, Pennsylvania 19151 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises) , as to permit Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

      **ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

      **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*[Signature: Magdeline D. Coleman]*

_____
Magdeline D. Coleman
BANKRUPTCY JUDGE