United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13307-mdc |
| Simona S. Robinson | Chapter 13 |
| Simona S. Robinson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Simona S. Robinson, 3029 S. 70th Street, Philadelphia, PA 19142-2531 |
| db | +++ | Simona S. Robinson, MAILING ADDRESS, P.O. Box 33167, Philadelphia, PA 19142-0167 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Ba andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank National Association, as Trustee for GSRPM Mortgage Pass-Through Certificates, Series 2003-1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank National Association, as Trustee for GSRPM Mortgage Pass-Through Certificates, Series 2003-1 |

District/off: 0313-2　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jan 12, 2024　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 2

wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Ba wbecf@brockandscott.com  matthew.fissel@brockandscott.com

MICHAEL A. CIBIK

on behalf of Debtor Simona S. Robinson mail@cibiklaw.com
cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

MICHAEL I. ASSAD

on behalf of Debtor Simona S. Robinson mail@cibiklaw.com
cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>SIMONA S. ROBINSON AKA<br>SIMONA S. JOHNSON-ROBINSON<br>    Debtor | Case No. 22-13307-mdc<br><br>Chapter 13 |
| THE BANK OF NEW YORK MELLON F/K/A<br>THE BANK OF NEW YORK AS SUCCESSOR<br>IN INTEREST TO JPMORGAN CHASE BANK,<br>NATIONAL ASSOCIATION, AS TRUSTEE FOR<br>GSRPM MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2003-1<br>    Movant<br><br>vs.<br>SIMONA S. ROBINSON AKA<br>SIMONA S. JOHNSON-ROBINSON<br>    and<br>DOUGLAS M ROBINSON (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

### ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY

**AND NOW**, this __11th__ day of __January__, 20__24__, at **PHILADELPHIA**, upon Motion of The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for GSRPM Mortgage Pass-Through Certificates, Series 2003-1 (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and 11 U.S.C. §1301 Co-Debtor Stay is granted with respect to, 3029 South 70th Street, Philadelphia, Pennsylvania 19151 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to permit Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

**ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
Magdeline D. Coleman
BANKRUPTCY JUDGE