# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Simona S. Robinson,<br><br>*Debtor*. | Case No. 22-13307-PMM<br>Chapter 13 |

## Motion to Reconsider

Debtor Simona S. Robinson, through her attorney, moves this Court as follows:

1. On January 11, 2024, the Court entered an order granting relief from the automatic stay to The Bank of New York Mellon.

2. The Debtor has since cured the arrearage that gave rise to the relief order.

3. The Debtor requests that the automatic stay be reinstated.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: July 23, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Mike Assad
Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com