### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Simona S. Robinson, | Case No. 22-13307-PMM |
| | Chapter 13 |
| *Debtor*. | |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

- Motion to Reconsider

- Notice of Motion to Reconsider, Response Deadline, and Hearing Date

Date: July 23, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com