# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13307-PMM |
| Simona S. Robinson, | Chapter 13 |
| Debtor. | Related to ECF No. 57 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Debtor's Motion to Reconsider, which was filed with the Court on July 23, 2024, as ECF No. 57. Thank you.

Date: August 6, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com