United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Simona S. Robinson  
Simona S. Robinson  
    Debtors

Case No. 22-13307-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Simona S. Robinson, 3029 S. 70th Street, Philadelphia, PA 19142-2531 |
| db | +++ | Simona S. Robinson, MAILING ADDRESS, P.O. Box 33167, Philadelphia, PA 19142-0167 |
| cr | | The Bank of New York Mellon f/k/a The Bank of New, 1661 Worthingham Rd., Ste. 100, West Palm Beach, FL 33409 |
| 14742996 | | PHH Mortgage Corporation, 1661 Worthingham Rd., Ste. 100, West Palm Beach, Florida 33409 |
| 14742146 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14742995 | + | The Bank of New York Mellon f/k/a The Bank of New, C/O Andrew Spivack, Brock and Scott, PLLC, 8757 Red Oak Blvd. Suite 150, Charlotte, NC 28217-3977 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 08 2024 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14742138 | | Email/Text: megan.harper@phila.gov | Aug 08 2024 23:56:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14765459 | | Email/Text: megan.harper@phila.gov | Aug 08 2024 23:56:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14742136 | | Email/Text: megan.harper@phila.gov | Aug 08 2024 23:56:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14742137 | | Email/Text: bankruptcy@philapark.org | Aug 08 2024 23:56:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14742139 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 08 2024 23:55:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14742140 | | Email/Text: EBN@edfinancial.com | Aug 08 2024 23:55:00 | EdFinancial Services, Attn: Bankruptcy, PO Box 36008, Knoxville, TN 37930-6008 |
| 14749627 | + | Email/Text: EBN@edfinancial.com | Aug 08 2024 23:55:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 14751940 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 08 2024 23:56:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN, 55116-0408 |
| 14742141 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 08 2024 23:56:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 14742142 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 00:03:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14742143 | Email/Text: fesbank@attorneygeneral.gov | Aug 08 2024 23:56:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14742144 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2024 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14742145 | ^ MEBN | Aug 08 2024 23:50:19 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14742147 | Email/Text: bankruptcy@philapark.org | Aug 08 2024 23:56:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14742148 | Email/Text: BKEBN-Notifications@ocwen.com | Aug 08 2024 23:55:00 | The Bank of New York Mellon, C/O PHH Mortgage Corporation, Po Box 24605, West Palm Bch, FL 33416-4605 |
| 14742149 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 08 2024 23:56:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14742150 | ^ MEBN | Aug 08 2024 23:50:02 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14742998 | | *CID1035371* *DID200399*, BarNumber:84439 |
| 14742997 | | 21-02788 BKPOC02 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Ba andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 08, 2024 | Form ID: pdf900 | Total Noticed: 24 |

Bank National Association, as Trustee for GSRPM Mortgage Pass-Through Certificates, Series 2003-1
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MATTHEW K. FISSEL

on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Ba
wbecf@brockandscott.com matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase
Bank National Association, as Trustee for GSRPM Mortgage Pass-Through Certificates, Series 2003-1
wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHAEL A. CIBIK

on behalf of Debtor Simona S. Robinson help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD

on behalf of Debtor Simona S. Robinson help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　SIMONA S. ROBINSON<br><br>　　　　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 22-13307-PMM |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: August 8, 2024**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge